NUMBER 13-02-098-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

PATTI WHITEHEAD,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 24th District Court 
of Jackson County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, PATTI WHITEHEAD, perfected an appeal from a judgment entered by
the 24th District Court of Jackson County, Texas, in cause number 01-7-6431. On
March 31, 2004, the appeal was remanded to the trial court for a hearing to determine
indigence. The trial court’s findings and recommendations were received in this Court
on May 24, 2004. The trial court found that the appellant does not wish to prosecute
her appeal.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 16th day of September, 2004.